PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ARMANDO LUCIANO CHAVEZ JR.,<br><br>          Defendant. | CASE NO. 1:20-CR-00218-NONE-SKO<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |

TO THE UNITED STATES MAGISTRATE COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

The parties hereby stipulate that condition (n) of defendant's pretrial release conditions, which currently states:

> The defendant must not possess any communication device; however, you may use your third-party custodian's cellular phone or landline to communicate with defense counsel, Pretrial Services Agency, and treatment providers

Be amended to the following:

> The defendant must not possess any communication device; however, you may possess one cellular phone that is not able to access the internet and you must provide verification to Pretrial Services Agency

1

| | | |
|---|---|---|
| Dated: June 3, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By: | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: June 3, 2021 | By: | Daniel Harralson<br>Daniel Harralson<br>Attorney for Armando Chavez |

## **ORDER**

**IT IS HEREBY ORDERED**, based on the stipulation of the parties, that pretrial release condition (n) of defendant ARMANDO LUCIANO CHAVEZ JR. be modified to

The defendant must not possess any communication device; however, you may possess one cellular phone that is not able to access the internet and you must provide verification to Pretrial Services Agency

All other conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __June 8, 2021__

UNITED STATES MAGISTRATE JUDGE