PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO CHAVEZ,<br><br>Defendant. | CASE NO. 1:20-CR-00218-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AND STATUS CONFERENCE AND SET CASE FOR CHANGE OF PLEA; ORDER THEREON<br><br>Court: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 30, 2022, and a jury trial on February 21, 2023.

2. By this stipulation, defendant now moves to vacate the status conference and the trial and to **set the case for a change of plea hearing on February 3, 2023 at 9:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. No time exclusion is necessary, as time has been excluded through the currently set trial date.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 21, 2022                                         PHILLIP A. TALBERT
                                                                                          United States Attorney

                                                                                 By:   /s/ JUSTIN J. GILIO
                                                                                          JUSTIN J. GILIO
                                                                                          Assistant United States Attorney

Dated: November 21, 2022                                          /s/ *Dan Harralson*
                                                                                          Attorney for Defendant Armando Chavez

# **O R D E R**

For the reasons set forth in the parties' stipulation, the status conference and trial dates previously set shall be vacated and a change of plea hearing be set on February 3, 2023 at 9:00 a.m. before the Hon. Jennifer L. Thurston.

IT IS SO ORDERED.

   Dated:   **November 22, 2022**                         /s/ *Erica P. Grosjean*
                                                                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE                                       2