Daniel L. Harralson, SBN #109322
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: ARMANDO CHAVEZ

**FILED**

MAR 0 1 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO CHAVEZ,<br><br>　　　　　　　　Defendant. | Case No. 1:20-CR-00218-NONE-SKO<br><br>CORRECTED STIPULATION TO MODIFY<br>CONDITIONS OF<br>PRETRIAL RELEASE: ORDER |

TO THE CLERK OF THE UNITED STATES MAGISTRATE COURTS, HONORABLE BARBARA A. MCAULIFFE, AND FOR THE EASTERN DISTRICT OF CALIFORNIA, JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY;

　　COMES NOW, Defendant, ARMAMDO CHAVEZ, by and through his counsel of record, Daniel L. Harralson and at the request Pretrial Services, hereby moves the Court to modify Mr. Chavez's Pretrial Service's supervision. Defendant, ARMANDO CHAVEZ, is currently subject to location monitoring under Home Detention. Defendant has been under Pretrial Services Supervision since August 23, 2021. Per Pretrial Services Office, he has been compliant under supervision, and responsive to Pre-Trial Services. He is proactive with his supervision, has been drug testing and submitting all negative tests, and has shown he is determined to remain complaint with his conditions of release.  Pre-Trial Services has opined that the appropriate modification would be to modify and remove Defendant's condition of release requiring Home Incarceration.  Counsel reached out to Assistant United States Attorney, Justin Gilio, who stated that the Government had no objection to

1

removal of the location monitoring unit and amend Condition 7(o) as follows:

    Defendant is relieved of the requirement of Home Incarceration

-

    All prior orders remain in effect.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated March 1, 2023

        DANIEL L. HARRALSON
        Attorney for Defendant: ARMANDO CHAVEZ

Dated: March 1, 2023

        /s/
        JUSTIN GILIO, AUSA
        ~~MCGREGOR W. SCOTT~~ Phillip A. Talbert
        United States Attorney

## ORDER

-----

***IT IS HEREBY ORDERED.*** That Armando Chavez's Pretrial Services Supervision be modified. Mr. Chavez must abide by all terms and conditions of the current Order Setting Conditions of Release except condition 7(o) which is modified by removing the Home Incarceration requirement

    All prior orders remain in full force and effect.

DATED: 3/1/23

        _____
        UNITED STATES DISTRICT JUDGE