**DANIEL L. HARRALSON, SBN #109322**
Law Office Of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: ARMANDO LUCIANO CHAVEZ, JR.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO LUCIANO CHAVEZ, JR.<br><br>Defendant. | Case No.  **1:20-CR-00218-JLT-SKO**<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>Sentencing Date: November 13, 2023 |

    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for **November 13, 2023, at 10:00 a.m.**, **may be continued to January 8, 2024, at 10:00 a.m., in Department 4 of the United States District Court.**

    The continuance is requested by counsel for Defendant, Daniel L. Harralson, to allow for further preparation of a defense presentence memorandum.

\\\

\\\

\\\

1

| | |
|---|---|
| DATED: August 9, 2023 | Respectfully Submitted,<br>**DANIEL L. HARRALSON** |
| |   /s/  Daniel L. Harralson<br>**DANIEL L. HARRALSON**<br>Attorney for Defendant |
| DATED: August 9, 2023 |   /s/  Justin J. Gilio<br>**JUSTIN GILIO, AUSA**<br>**PHILLIP A. TALBERT**<br>United States Attorney |

-------------------------------------------------

### ORDER
-----

*IT IS HEREBY ORDERED*. That the Sentencing Hearing of November 13, 2023 at 10:00 a.m., be continued to January 8, 2024 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 9, 2023**

UNITED STATES DISTRICT JUDGE

2