**Daniel L. Harralson, SBN #109322**
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile: (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For Defendant: ARMANDO LUCIANO CHAVEZ, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO LUCIANO CHAVEZ, JR.<br><br>Defendant. | Case No. 1:20-CR-00218-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DANIEL L. HARRALSON AS ATTORNEY OF RECORD AND; ORDER** |

On November 2, 2020, Defendant, **ARMANDO LUCIANO CHAVEZ, JR.** was indicted on Federal charges. CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent Mr. Chavez on November 9, 2020, in his criminal case. Mr. Chavez was sentenced pursuant to a Plea Agreement on January 8, 2024. The time for filing a direct Appeal was January 31, 2024, no direct appeal was filed as Mr. Chavez waived his appeal rights. Mr. Chavez self-surrendered to the Bureau of Prisons on February 21, 2024. The trial phase of Mr. Chavez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Chavez, CJA Attorney, **Daniel L. Harralson** now moves to terminate his appointment under the Criminal Justice Act.

\\\
\\\
\\\
\\\

Motion To Terminate CJA Appointment Of Daniel L. Harralson
As Attorney Of Record And; [Proposed Order]

1

Should **Defendant, Armando Luciano Chavez, Jr.**, require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: April 3, 2024               Respectfully submitted,

/s/ Daniel L. Harralson
**DANIEL L. HARRALSON**, Attorney for
Defendant **ARMANDO LUCIANO CHAVEZ, JR.**

---------------------------
**ORDER**

Having reviewed the notice and found that attorney Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant. The Clerk of Court is directed to serve a copy of this order on Defendant Armando Luciano Chavez, Jr., at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Armando Luciano Chavez, Jr. – RN 79265-097
FPC Yankton
1016 Douglas Ave.
Yankton, SD 57078

**IT IS SO ORDERED**

Dated:   April 10, 2024

/s/ Jennifer L. Thurston
**UNITED STATES DISTRICT JUDGE**