**DANIEL L. HARRALSON, SBN #109322**
Law Office Of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: ARMANDO LUCIANO CHAVEZ, JR.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARMANDO LUCIANO CHAVEZ, JR.<br><br>　　　　　　Defendant. | Case No.  **1:20-CR-00218-JLT-SKO**<br><br>**STIPULATION TO EXONERATE BOND AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, stipulate as follows;

Parties Stipulate to release the $20,000.00 (twenty thousand dollars and no/100) unsecured bond posted by Defendant's mother Paula Roman on behalf of Defendant, ARMANDO LUCIANO CHAVEZ, JR., they also Stipulate to exonerate Paula Roman, the surety who posted the bond.

Accordingly, Parties are requesting this Court to Exonerate the bond and return the posted $20,000.00 (twenty thousand dollars and no/100) unsecured bond to Ms. Roman as this case is completed and Defendant, ARMANDO LUCIANO CHAVEZ, JR., has been sentenced and is now in custody with the Federal Bureau of Prisons.

The following is the information needed for return of the Bond to Ms. Roman:

Paula Roman, 521 East Alluvial Ave., Unit 103, Fresno, California 93720

DATED: April 16, 2024                Respectfully Submitted,
                                     **DANIEL L. HARRALSON**


    /s/ Daniel L. Harralson
**DANIEL L. HARRALSON, ESQ.**
Attorney for Defendant Armando Luciano Chavez, Jr.


    /s/ Justin J. Gilio
DATED: April 16, 2024                **JUSTIN GILIO, AUSA**
                                     **PHILLIP A. TALBERT**
                                     United States Attorney


# ORDER

***IT IS HEREBY ORDERED***.  That the $20,000.00 (twenty thousand dollars and no/100) unsecured bond which previously secured Defendant Armando Luciano Chavez, Jr., release in the above matter, be exonerated and the $20,000.00 (twenty thousand dollars and no/100) unsecured bond be returned to Ms. Paula Roman.


DATED: 4/19/2024                     *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

2